# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: Donovan Esdaile SBI#: 505340

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**          05-794

DATE: October 14, 2005

---

Attached are copies of your inmate account statement for the months of April 1, 2005 to September 30, 2005.

**FILED**
**NOV 16 2005**
**U.S. DISTRICT COURT**
**DISTRICT OF DELAWARE**

The following indicates the average daily balances.

| **MONTH** | **AVERAGE DAILY BALANCE** |
|---|---|
| April | 57.05 |
| May | 9.55 |
| June | 112.17 |
| July | 82.11 |
| Aug | 55.11 |
| Sept | 37.75 |

Average daily balances/6 months: 58.79

Attachments
CC: File

Stacy Shane
10/14/05

[signature]
10-14-05

# Individual Statement

## For Month of April 2005

Date Printed: 10/14/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $72.08 |
|---|---|---|---|---|---|---|
| 00505340 | Esdaile | Donovan E | | | | |

Current Location: W1

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 4/7/2005 | ($4.66) | $0.00 | $0.00 | $67.42 | 91466 | | | |
| Canteen | 4/14/2005 | ($8.79) | $0.00 | $0.00 | $58.63 | 94234 | | | |
| Canteen | 4/21/2005 | ($6.11) | ($4.00) | $0.00 | $52.52 | 97411 | | | |
| Medical | 4/21/2005 | $0.00 | $0.00 | $0.00 | $52.52 | 97564 | | 4/18/05 | |
| Medical | 4/21/2005 | ($4.00) | $0.00 | $0.00 | $48.52 | 97653 | | 4/18/05 | |
| Canteen | 4/28/2005 | ($9.47) | $0.00 | $0.00 | $39.05 | 99507 | | | |
| Pay-To | 4/29/2005 | ($30.00) | $0.00 | $0.00 | $9.05 | 99774 | | JOP COURT 9 | |

Ending Mth Balance: $9.05

# Individual Statement

Date Printed: 10/14/2005

## For Month of May 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $9.05 |
|---|---|---|---|---|---|---|
| 00505340 | Esdaile | Donovan | E | | | |

Current Location:  W1

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 5/5/2005 | ($3.38) | $0.00 | $0.00 | $5.67 | 102761 | | | |
| Canteen | 5/19/2005 | ($5.64) | $0.00 | $0.00 | $0.03 | 109316 | | | |
| Pay-To | 5/26/2005 | $30.00 | $0.00 | $0.00 | $30.03 | 112634 | | VOIDED CK#5276 | |

Ending Mth Balance:  $30.03

# Individual Statement

## For Month of June 2005

Date Printed: 10/14/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg. Mth Balance: | $30.03 |
|---|---|---|---|---|---|---|
| 00505340 | Esdaile | Donovan E | | | | |
| Current Location: | W1 | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 6/1/2005 | $100.00 | $0.00 | $0.00 | $130.03 | 113582 | 08030712418 | | C ESDAILE |
| Canteen | 6/2/2005 | ($8.64) | $0.00 | $0.00 | $121.39 | 115293 | | | |
| Canteen | 6/9/2005 | ($5.58) | $0.00 | $0.00 | $115.81 | 118208 | | | |
| Canteen | 6/16/2005 | ($6.92) | $0.00 | $0.00 | $108.89 | 121061 | | | |
| Canteen | 6/23/2005 | ($6.07) | $0.00 | $0.00 | $102.82 | 123716 | | | |
| Canteen | 6/30/2005 | ($10.07) | $0.00 | $0.00 | $92.75 | 125972 | | | |

Ending Mth Balance: $92.75

# Individual Statement

Date Printed: 10/14/2005  Page 1 of 1

## For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $92.75 |
|---|---|---|---|---|---|---|
| 00505340 | Esdaile | Donovan E | | | | |

Current Location: W1    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 7/14/2005 | ($10.65) | $0.00 | $0.00 | $82.10 | 131839 | | | |
| Canteen | 7/21/2005 | ($10.85) | $0.00 | $0.00 | $71.25 | 134265 | | | |
| Canteen | 7/28/2005 | ($4.69) | $0.00 | $0.00 | $66.56 | 137054 | | | |

Ending Mth Balance: $66.56

# Individual Statement

Date Printed: 10/14/2005                                                                 Page 1 of 1

## For Month of August 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $66.56 |
|---|---|---|---|---|---|---|
| 00505340 | Esdaile | Donovan E | | | | |

Current Location:  W1                 Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 8/4/2005  | ($6.80) | $0.00 | $0.00 | $59.76 | 140288 | | | |
| Canteen | 8/11/2005 | ($5.75) | $0.00 | $0.00 | $54.01 | 143846 | | | |
| Canteen | 8/25/2005 | ($5.17) | $0.00 | $0.00 | $48.84 | 149132 | | | |
| Canteen | 8/31/2005 | ($7.53) | $0.00 | $0.00 | $41.31 | 151051 | | | |

Ending Mth Balance:  $41.31

# Individual Statement

Date Printed: 10/14/2005

Page 1 of 1

## For Month of September 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $41.31 |
|---|---|---|---|---|---|---|
| 00505340 | Esdaile | Donovan E | | | | |
| Current Location: | W1 | | | | | |

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 9/1/2005 | $6.80 | $0.00 | $0.00 | $48.11 | 152038 | | PRISON INDUSTRIES | |
| Canteen | 9/6/2005 | ($6.40) | $0.00 | $0.00 | $41.71 | 153969 | | | |
| Canteen | 9/14/2005 | ($4.08) | $0.00 | $0.00 | $37.63 | 157607 | | | |
| Canteen | 9/21/2005 | ($7.10) | $0.00 | $0.00 | $30.53 | 160294 | | | |
| Canteen | 9/28/2005 | ($3.53) | $0.00 | $0.00 | $27.00 | 162992 | | | |

Ending Mth Balance: $27.00