(Rev 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) __Donovan Esdaile  505340__
    (Name of Plaintiff)    (Inmate Number)

__Delaware Correctional Center__
__1181 Paddock Road__
__Smyrna, Delaware 19977__
    (Complete Address with zip code)

05 - 794

(2) _____
    (Name of Plaintiff)    (Inmate Number)

(Case Number)
( to be assigned by U.S. District Court)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

**CIVIL COMPLAINT**

(1) __Delaware Correctional Center__

(2) __Business Office__

FILED

•• Jury Trial Requested

NOV 16 2005

(3) __Correctional Officer D. White__
    (Names of Defendants)

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

I. **PREVIOUS LAWSUITS**

    A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

        __None__

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

    A.    Is there a prisoner grievance procedure available at your present institution? ✓ Yes  ··No

    B.    Have you fully exhausted your available administrative remedies regarding each of your present claims? ✓ Yes  ··No

    C.    If your answer to "B" is Yes:

        1. What steps did you take? FILED A GRIEVANCE WITHIN THE INSTITUTION

        2. What was the result? THERE WAS SUPPOSED TO BE A GRIEVANCE HEARING SET UP BY SGT. LISE M. MERSON. NO HEARING EVER TOOK PLACE.

    D.    If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: DELAWARE CORRECTIONAL CENTER BUSINESS OFFICE
Employed as _____ at _____
Mailing address with zip code: 1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

(2) Name of second defendant: MR. D. WHITE
Employed as CORRECTIONAL OFFICER at DELAWARE CORRECTIONAL CENTER
Mailing address with zip code: 1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

(3) Name of third defendant: MS TRAVAS
Employed as CORRECTIONAL OFFICE at (BLDG 6ST W BLDG)
Mailing address with zip code: DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. While I was incarcerated at Howard Young Correctional Center, I only had 30 days to send out my personal effects. I had problems with my inmate #, also due to this problem my wife could not receive my jewelry.

2. Then I was transferred to Delaware Correctional Center in Smyrna, Delaware

3. I filed a suit in J.P. Court, my case was dismissed due to the lateness of the Delaware Correctional Center Business Office sending my filing fee into the court.

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I would like for the Honorable Court to review (attached exhibits) I also pray for this Honorable Court have Howard Young Correctional Center reimburse me for compensation for my lost jewelry consisting of; 1 watch, 2 rings, 1 bracelet total value of $1,600.00 dollars

2. I ALSO PRAY FOR THIS HONORABLE COURT TO AWARD PUNITIVE DAMAGES TO ME IN THE AMOUNT OF $1600.00 DOLLARS FOR MISMANAGEMENT, LACK OF ACCOUNTABILITY MALFEASANCE, AND VIOLATION OF MY RIGHT TO DUE PROCESS AND ACCESS TO THE COURTS.

3. _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __9TH__ day of __NOVEMBER__, 2005.

__Donovan Esdaile__
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

```
            IN THE JUSTICE OF THE PEACE COURT OF
        THE STATE OF DELAWARE, IN AND FOR    COUNTY
                        COURT NO. 09
```

COURT ADDRESS:                    CIVIL ACTION NO. J0503001409
JP COURT 09
757 NORTH BROAD STREET
MIDDLETOWN, DE 19709

DONOVAN ESDAILE
       ----- VS -----
MAJOR DAVID WILLIAMS

DONOVAN ESDAILE
SBI#505340   UNIT W-G-7
DELAWARE CORRRECTIONAL CTR.
1181 PADDOCK RD.
SMYRNA , DE 19977-

                        NOTICE OF DISMISSAL

   THIS SERVES TO NOTIFY THE ABOVE PARTIES AND ANY DULY SUBPOENAED
WITNESSES THAT THE COURT HAS DISMISSED (X) WITH ( )WITHOUT PREJUDICE
THE ABOVE-CAPTIONED ACTION BASED ON THE FOLLOWING REASON:
 COURT FEES NOT PAID AS ORDERED.
   IT IS SO ORDERED THIS __12__ DAY OF _____

                        _____
                        JUSTICE OF THE PEACE COURT OFFICIAL

                        NOTICE OF APPEAL RIGHTS

    ANY PARTY HAS THE RIGHT TO APPEAL THE JUDGMENT OF THE JUSTICE
OF THE PEACE COURT TO THE COURT OF COMMON PLEAS OF THE ABOVE COUNTY
WITHIN 15 DAYS OF THE DAY OF JUDGMENT NOT COUNTING THAT DAY AS ONE.
IF THE JUDGMENT INVOLVES AN ACTION FOR SUMMARY POSSESSION IN A
LANDLORD/TENANT CASE, THEN THE APPEAR MUST BE FILED AT THE JUSTICE
OF THE PEACE COURT WHERE THE JUDGMENT WAS ORDERED WITHIN 5 DAYS
AFTER THE DAY OF JUDGMENT TO A THREE JUSTICE OF THE PEACE PANEL. YOU
MUST COMPLETE ALL OF THE APPEAL REQUIREMENTS WITHIN THOSE PERIODS.
TO PREVENT DISMISSAL, THE APPEAL MUST NAME ALL OF THE PARTIES AS
THEY WERE ORIGINALLY NAMED IN THE JUSTICE OF THE PEACE COURT ACTION.
(THIS APPLLIES EVEN IF THE ACTION WAS DISMISSED IN THE JUSTICE OF
THE PEACE COURT AGAINST ONE OR MORE OF THE PARTIES.)   ADDITIONAL
INFORMATION ON APPEAL PROCEDURES IS FOUND IN THE ATTACHED SHEET
ENTITLED "JUSTICE OF THE PEACE COURTS CIVIL POST-JUDGMENT
PROCEDURES. (J.P. CIV. FORM NO. 14A) IF NO APPEAL IS FILED, PARTIES
MAY REMOVE ALL EXHIBITS FROM THE COURT NO SOONER THAN 16 DAYS AND NO
LATER THAN 30 DAYS FROM THE DATE OF THIS
JUDGMENT.   IF NOT REMOVED, THE COURT MAY DISPOSE OF THE EXHIBITS
WITHOUT FURTHER NOTICE TO THE PARTIES.

   FINAL DATE OF APPEAL TO THE COURT OF COMMON PLEAS _____


Ex.(A)

IN THE JUSTICE OF THE PEACE COURT OF
THE STATE OF DELAWARE, IN AND FOR NC COUNTY
COURT NO. 9

**COURT ADDRESS:**
**757 NORTH BROAD STREET**      CIVIL ACTION NO. J0503001409
**MIDDLETOWN, DE 19709**

        PLAINTIFF (S):   VS   DEFENDANT (S):
DONOVAN ESDAILE                    MAJOR DAVID WILLIAMS
SBI#505340 UNIT W-G-7              HR YOUNG CORRECTIONAL
DCC-1181 PADDOCK RD.               PO BOX 9561
SMYRNA, DE 19977                   WILMINGTON, DE 19899

NOTICE OF COURT ACTION

ORDER

PLAINTIFF'S MOTION TO ENLARGE THE TIME PERIOD TO PAY COURT FEES IS DENIED.

IT IS SO ORDERED THIS 21st day of April, 2005

Katharine D. Ross
Justice of the Peace

Cc: file

EXHIBIT (B)



### STATE OF DELAWARE
### JUSTICE OF THE PEACE COURT NO. 9
757 NORTH BROAD STREET
MIDDLETOWN, DE 19709

TELEPHONE: (302) 378-5221
FAX: (302) 378-5220

DELAWARE CORRECTIONAL CENTER
ATTN: INMATE ACCOUNTS
1181 PADDOCK ROAD
SMYRNA, DE 19977

MAY 23, 2005

RE: CIVIL ACTION NO. J0503001409    PLAINTIFF: DONOVAN ESDAILE
                                    VS
                                    MAJOR DAVID WILLIAMS

PAYMENT WAS TO BE MADE ON OR BEFORE APRIL 11, 2005 IN ORDER FOR THIS CASE TO GO FORWARD, THE COURT FEES WERE NOT FILED BY THE TIME STIPULATED BY COURT ORDER, THEREFORE, THIS CASE WAS DISMISSED AND NOTICE WAS SENT TO THE PLAINTIFF OF THE COURT ACTION. (SEE ATTACHED NOTICE OF DISMISSAL, DATED APRIL 12, 2005)

THE CHECK #5276 IN THE AMOUNT OF $30.00 IS BEING RETURNED TO YOUR OFFICE AND CAN BE REDIRECTED BACK INTO THE INMATE ACCOUNT OF MR. DONOVAN ESDAILE-SBI#505340.

IF YOU HAVE ANY QUESTIONS, PLEASE CALL THE COURT.

THANK YOU,

COURT CLERK

Cc: Donovan Esdaile

EXHIBIT (C)

IN THE COURT OF COMMON PLEAS

IN AND FOR

☐ KENT ☒ NEW CASTLE COUNTY ☐ SUSSEX COUNTY

ORDER UPON INITIAL REVIEW OF COMPLAINT

The Court having reviewed the Complaint of: <u>Donovan Esdaile vs. David Williams</u>

Civil Action No: <u>2005-02-173</u>

1. ✓ IT IS ORDERED that the Complaint is **DISMISSED** because:

   ✓ The Complaint was factually frivolous.

   ✓ The Complaint was legally frivolous.

   ___ The Complaint was malicious.

2. ___ The Complaint is **NOT DISMISSED** and service of process shall issue.

IT IS SO ORDERED, this <u>17th</u> day of <u>August</u>, 19<u>2005</u>.

<u>Aly [signature]</u>
JUDGE

EXHIBIT (D)

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 06/01/2005

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : ESDAILE, DONOVAN E | SBI# : 00505340 | Institution : DCC |
| Grievance # : 13644 | Grievance Date : 04/20/2005 | Category : Individual |
| Status : Unresolved | Resolution Status : | Resol. Date : |
| Grievance Type: Inmate Accounts | Incident Date : 04/17/2005 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg W1, Tier G, Cell 7, Bottom | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Due to the late processing of a pay-to that was sent to the Delaware small claims court has dismissed my claim, my civil action could only be properly filed with the filing fee. The pay-to was logged by officer white, log # was w9883 logged on 3-11-05.

**Remedy Requested :** Please I want a written letter explaining to the court why the filing fee was not delivered on time.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : NO | Date Received by Medical Unit : |
| Investigation Sent : | Investigation Sent To : Havel, Jenny |
| Grievance Amount : | |

Page 1 of 2

EXHIBIT (E)

Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 06/01/2005

# INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : ESDAILE, DONOVAN E | **SBI#** : 00505340 | **Institution** : DCC |
| **Grievance #** : 13644 | **Grievance Date** : 04/20/2005 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Inmate Accounts | **Incident Date** : 04/17/2005 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg W1, Tier G, Cell 7, Bottom | |

### INFORMAL RESOLUTION

**Investigator Name** : Havel, Jenny     **Date of Report** 05/04/2005

**Investigation Report :**

**Reason for Referring:**

**Offender's Signature:** _____

**Date** : _____

**Witness (Officer)** : _____

Page 2 of 2

EXHIBIT (F)

Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 05/21/2004

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : ESDAILE, DONOVAN E | SBI# : 00505340 | Institution : DCC |
| Grievance # : 5246 | Grievance Date : 06/06/2004 | Category : Individual |
| Status : Unresolved | Resolution Status : | Resol. Date : |
| Grievance Type: Personal Property | Incident Date : 05/22/2004 | Incident Time : 00:00 |
| IGC : Merson, Lise M | Housing Location : Bldg T1, Cell 1, Bed 46 | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** I have a serious problem that involves 1200.00 worth of jewelry. While incarcerated at Gander hill I had a temporary SBI# which was T1242441. Now on 5/22/03 I filled out an inmate telephone complaint sheet. I expressed to them that I couldn't get a call out because of the SBI#. They checked it out and stated two numbers are on, and I will have to wait until June to fill out a change form. So I couldn't contact my wife and instruct her to pick up my jewelry. Now, I was informed by Lt. Farmer at Gander Hill that my current SBI# which is 505340 is the number I will be keeping. Now I contact my wife after all this and she come to gander Hill to pick up my merchandise and they wouldn't give it to her. She asked why and they told her that it was after 30 days and that it was the wrong SBI #. I am still fighting to retrieve my belongs which was a gold watch, 2 rings and i bracelet. these items are very, very personal to me and my family. I would be greatly appreciative of your services to obtain my valuables. I cause no one trouble and showed no animosity towards your Officers. As for the 30 days it wasn't my fault. They incarcerated me and the runaround about SBI #'s was all of the facilities fault. So I see no reason why it's my fault that I can't obtain my property.

**Remedy Requested :** Contact Ganderhill and recover my Valuables which are 1 gold watch - $550.00, 2 rings $350.00 & $120.00 and i bracelet about $230.00

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : NO | Date Received by Medical Unit : |
| Investigation Sent : | Investigation Sent To : Moody, Mary |
| Grievance Amount : $1,250 | |

Exhibit (A)

Page 1 of 2

EXHIBIT (G)

# Individual Statement

Date Printed: 6/1/2005

Page 1 of 1

## For Month of May 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $9.05 |
|---|---|---|---|---|---|---|
| 00505340 | Esdaile | Donovan E | | | | |

Current Location: W1

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 5/5/2005 | ($3.38) | $0.00 | $0.00 | $5.67 | 102761 | | | |
| Canteen | 5/19/2005 | ($5.64) | $0.00 | $0.00 | $0.03 | 109316 | | | |
| Pay-To | 5/26/2005 | $30.00 | $0.00 | $0.00 | $30.03 | 112634 | | VOIDED CK#5276 | |

Ending Mth Balance: $30.03

*per your request - check was sent back on 5/26/05 & credited back to your account*

*Stacy Shane*
*Support Services Secretary*

EXHIBIT (H)

# Individual Statement

Date Printed: 6/1/2005    Page 1 of 1

## For Month of April 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | | |
|---|---|---|---|---|---|---|---|
| 00505340 | Esdaile | Donovan E | | | $72.08 | | |
| Current Location: | W1 | | | Comments: | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 4/7/2005 | ($4.66) | $0.00 | $0.00 | $67.42 | 91466 | | | |
| Canteen | 4/14/2005 | ($8.79) | $0.00 | $0.00 | $58.63 | 94234 | | | |
| Canteen | 4/21/2005 | ($6.11) | $0.00 | $0.00 | $52.52 | 97411 | | | |
| Medical | 4/21/2005 | $0.00 | ($4.00) | $0.00 | $52.52 | 97564 | | 4/18/05 | |
| Medical | 4/21/2005 | ($4.00) | $0.00 | $0.00 | $48.52 | 97653 | | 4/18/05 | |
| Canteen | 4/28/2005 | ($9.47) | $0.00 | $0.00 | $39.05 | 99507 | | | |
| Pay-To | 4/29/2005 | ($30.00) | $0.00 | $0.00 | $9.05 | 99774 | | JOP COURT 9 | |

Ending Mth Balance: $9.05

# Certificate of Service

I, __Donovan Esdaile__, hereby certify that I have served a true and correct cop(ies) of the attached: __Civil Complaint Pursuant 42 U.S.C. § 1983__ upon the following parties/person (s):

TO: __Clerk Of The Court__         TO: _____

__United States District Court__   _____

__District Of Delaware__           _____

__844 King Street__                _____

__Lockbox #18__                    _____

__Wilmington, Delaware__
__19801__

TO: _____        TO: _____

_____            _____

_____            _____

_____            _____

_____            _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this __9th__ day of __November__, 2005

__Donovan Esdaile__



I/M Donovan Esdaile
SBI# 505346 UNIT M-6-7
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 1997

Clerk of The Court
United States District Court
District of Delaware
844 King Street Lockbox 18
Wilmington, DE. 19801