U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: DONOVAN E. ESDAILE | COURT CASE NUMBER: Civ. No. 05-794-JJF |
| DEFENDANT: CORRECTIONAL OFFICER D. WHITE | TYPE OF PROCESS: Civil Rights Action §1983 |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CORRECTIONAL OFFICER D. WHITE

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT SUSSEX CORRECTIONAL INSTITUTION   P.O. Box 500   Georgetown, DE 19947

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Donovan E. Esdaile
SBI #505340
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 2
Check for service on U.S.A.: N/A

Attorney General Delaware

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF  ☐ DEFENDANT
Donovan Esdaile
TELEPHONE NUMBER: 302.653.9261
DATE: 3.16.06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Date of Service: 4-10-06
Signature of U.S. Marshal or Deputy: bl

REMARKS: Returned to sender Unknown to SCI  Unexecuted

PRIOR EDITIONS MAY BE USED        1. CLERK OF THE COURT        FORM USM-285 (Rev. 12/15/80)