IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONOVAN E. ESDAILE, | : |
| Plaintiff, | : |
| v. | : Civ. No. 05-794-JJF |
| DELAWARE CORRECTIONAL CENTER BUSINESS OFFICE and CORRECTIONAL OFFICER D. WHITE, | : |
| Defendants. | : |

**ORDER**

WHEREAS, Plaintiff provided to the Court a USM-285 form for service of Defendant correctional officer D. White, said form containing an address at Sussex Correctional Institution, P. O. Box 500, Georgetown, DE 19947;

WHEREAS, on April 11, 2006, the USM-285 form for Defendant White was returned unexecuted with the remark, "Returned to Sender Unknown to SCI Ret Unexecuted") (D.I. 7);

WHEREAS, service cannot be effected upon Defendant White without the correct address;

THEREFORE, at Wilmington this 13 day of July, 2006, IT IS HEREBY ORDERED that Plaintiff shall, no later than August 7, 2006, provide a USM-285 form containing the correct address so that service may be effected upon Defendant correctional officer D. White.

**NOTE: Failure to timely comply with this order or providing an incomplete USM-285 form shall result in the dismissal without**

prejudice of Correctional officer D. White.

/s/ Joseph J. Farnan, Jr.
UNITED STATES DISTRICT JUDGE