July 28, 2006

RE: Donovan E. Esdaile vs. David White
    Civil Action No. 05-794 JJF

Dear Honorable Joseph J. Farnan:

  Plaintiff has made every legal effort available to him to locate defendant D. White, so that process may be served by the U.S. marshal's office. Several officers have informed plaintiff that defendant D. White is currently employed at the Sussex Correctional Institution (SCI). However, for security reasons, DOC employees are not authorized to assist an inmate-plaintiff in locating a fellow DOC employee.

  Plaintiff can only assume that the information he received through informal channels regarding the contact address for defendant D. White is accurate. Plaintiff has no other means to locate defendant and respectfully requests assistance from a court-appointed investigator and an enlargement of time to comply with the Court's most recent order.

Sincerely,

Donovan E. Esdaile, plaintiff



FILED
JUL 31 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

I/M Donovan, Esdaile
SBI# 505340  UNIT W-D-4
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197 Legal Mail
28 JUL 2006 PM 1 L

Office of the Clerk
United States District Court
844 N. King Street, LockBox 18
Wilmington, Delaware
19801-3570