**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DONOVAN E. ESDAILE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Civil Action No. 05-794-JJF |
| v. | ) | |
| | ) | Jury Trial Requested |
| | ) | |
| CORRECTIONAL OFFICER D. WHITE, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>DEFENDANT'S MOTION TO DISMISS</u>**

COMES NOW, Defendant Correctional Officer David J. White ("Officer White"), by and through his undersigned counsel, and hereby moves this Honorable Court (the "Motion") to enter an Order, substantially in the form attached hereto, dismissing with prejudice all claims against him pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  In support of the Motion, Officer White has filed simultaneously herewith Defendant's Memorandum Of Points And Authorities In Support Of The Motion To Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).

WHEREFORE, Officer White respectfully requests that this Honorable Court enter an order, substantially in the form attached hereto, dismissing the claims against him with prejudice.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302)577-8400
Attorney for the Defendant

Dated: October 23, 2006

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DONOVAN E. ESDAILE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Civil Action No. 05-794-JJF |
| v. | ) | |
| | ) | Jury Trial Requested |
| | ) | |
| CORRECTIONAL OFFICER D. WHITE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon Defendant's Motion To Dismiss pursuant to Federal Rule Of Civil

Procedure 12(b)(6) (the "Motion"); and it appearing that good and sufficient notice of the

Motion has been given; and after due deliberation thereon:

**IT IS HEREBY ORDERED** as follows:

1.    The Motion is **GRANTED**.

2.    The Complaint filed in the above-captioned action is **DISMISSED**

**WITH PREJUDICE**.

SO ORDERED this _____ day of _____, 2006.

_____
The Honorable Joseph J. Farnan, Jr.
United States District Court Judge

# CERTIFICATE OF SERVICE

I, Erika Y. Tross, Esq., hereby certify that on October 23, 2006, I caused a true and correct copy of the attached *Defendant's Motion To Dismiss* to be served on the following individual in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Donovan E. Esdaile
SBI #505340
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**MANNER OF DELIVERY:**

___One true copy by facsimile transmission to each recipient

✓Two true copies by first class mail, postage prepaid, to each recipient

___Two true copies by Federal Express

___Two true copies by hand delivery to each recipient

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400