IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONOVAN E. ESDAILE, )<br>)<br>Plaintiff, )<br>)<br>)  Civil Action No. 05-794-JJF<br>v. )<br>)<br>)<br>CORRECTIONAL OFFICER D. WHITE, )<br>)<br>Defendant. ) | |

### AFFIDAVIT OF DAVID J. WHITE

I, David J. White, having been duly sworn by law, do hereby depose and state as follows:

1. I am employed by the State of Delaware Department of Correction ("DOC") as a Correctional Officer at the Sussex Correctional Institute ("SCI"), Georgetown, Delaware. I have been employed at SCI since October 31, 2005. Prior to my employment at SCI, I was employed as a Correctional Officer at the Delaware Correctional Center ("DCC"), Smyrna, Delaware. I worked at DCC for three (3) years.

2. I have never worked in the Business Office at DCC.

3. It is the standard operating procedure of DCC that an inmate must fill out a Pay-to in order to send money to a court to pay for filing fees. A Pay-to is a form that authorizes the DCC Business Office to take money from the inmate's account and send a check to the designated recipient listed in the inmate's Pay-to.

4. When an inmate needs to send money to a court for filing fees he fills out the Pay-to and gives it to the officer working on the inmate's tier. Once the

officer receives the Pay-to from the inmate, he must confirm that the Pay-to he is receiving belongs to the inmate he received it from. The officer confirms the inmate's identification by checking the inmate's photo identification and then asking the inmate for his SBI number. Once the officer receiving the Pay-to confirms the inmate's identification, he then signs the bottom of the Pay-to acknowledging that he confirmed the identification of the inmate on the Pay-to.

5.   After the officer signs the Pay-to he gives the Pay-to to the building's "officer in charge" or "OIC". The OIC is responsible for logging in all Pay-tos that he receives on his shift. Once the OIC logs in all Pay-tos he then turns in the log sheet at the end of his shift by placing it in a locked mail box labeled "Business Office." The individuals that have access to the Business Office's mail box are the individuals that work in the Business Office.

6.   On March 11, 2005, Inmate Donovan Esdaile gave me a Pay-to form. I examined the Pay-to, verified Esdaile's identification and signed the bottom of the Pay-to. I then turned the Pay-to into the OIC to be logged in on the building log sheet. Attached to this affidavit as Exhibit "B" is the building log sheet for March 11, 2005, which shows that the OIC – Cpl. Robert Herpal – logged in Esdaile's Pay-to on the building log sheet.

David J. White

SWORN AND SUBSCRIBED before me this 18th day of October, 2006.

Notary

NORMAN C. BARNETT, ESQ.
NOTORIAL OFFICER
PURSUANT TO
29 DEL C., SEC 4323 (a) (3)

- 3 -