DELAWARE CORRECTIONAL CENTER
INMATE ACCOUNTS

HOUSING UNIT: W, Bldg
PAY TO DATE: 03/11/2005

CHECK #
TO BE COMPLETED
BY BUSINESS OFFICE

| LOG NUMBER | INMATE NAME | SBI # | PAYABLE TO | AMOUNT | |
|---|---|---|---|---|---|
| W9877 | Hayes, Doney | 110822 | Masjid Muhammad | $9.00 | |
| W9878 | Averill, Wayne | 303643 | Andrea Demby | $25.00 | |
| W9879 | Tevrous, Meekins | 260645 | Denita Miller | $50.00 | |
| W9880 | Perry, Terrance | 281929 | Larry Morris | $10.00 | |
| W9881 | Gasby, Shannon | 213616 | Project Aware | $20.00 | |
| W9882 | Gasby, Shannon | 213616 | NAACP | $10.00 | |
| W9883 | Esdaile, Donovan | 505340 | Justice of the Peace 9 | $30.00 | |
| W9884 | Council, Benjamin | 443460 | NAACP | $16.00 | |
| W9885 | Glover, Christopher | 233587 | Records | $0.25 | |
| W9886 | Simmons, Michael | 150691 | Majid Muhammad | $4.50 | |
| W9887 | Wilson, Courtney | 038238 | Majid Muhammad | $4.50 | |
| W9888 | Casson, Anthony | 105982 | Majid Muhammad | $4.50 | |
| W9889 | Blackwell, Richard | 221560 | Majid Muhammad | $7.50 | |
| W9890 | Lum, Stanley | 114153 | Majid Muhammad | $9.00 | |
| W9891 | Arredono, Ezquiel | 367027 | Majid Muhammad | $4.50 | |

ALL INFORMATION MUST BE COMPLETED AND ACCURATE.
FORM MUST BE SUBMITTED TO BUSINESS OFFICE EACH WORKDAY WITH PAY-TOS.
FORM #: 610 (2-part NCR)

Cpl R Menser
(OIC SIGNATURE)

* SEE ATTACHED *