IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DONOVAN ESDAILE, | ) | |
|    PLAINTIFF, | ) | |
|    V. | ) | CASE# 1:05-CV-794 |
| DELAWARE CORRECTIONAL | ) | |
|    CENTER | ) | |
| BUSINESS OFFICE, | ) | |
|    DEFENDANTS, | ) | |

MOTION FOR EXTENTION OF TIME
------------------------------

THE PLAINTIFF, DONOVAN ESDAILE PRAYS FOR THE HONORABLE COURT
TO GRANT HIM A MOTION FOR EXTENTION OF TIME DUE TO THE LIMITED
ACCESS AND TIME AT THE LAW LIBRARY LOCATED AT THE DELAWARE
CORRECTIONAL CENTER, IN SMYRNA, DELAWARE.

DATED. NOVEMBER 4TH, 2006                RESPECFULLY SUBMITTED

                                                                           DONVAN ESDAILE

                                                                           SBI# 505340 UNIT_W CELL D 4

                                                                           DELAWARE CORRECTIONAL CENTER

                                                                           1181 PADDOCK ROAD

                                                                           SMYRNA, DELAWARE        19977

## Certificate of Service

I, __DONVAN ESDAILE__ ,hereby certify that I have served a true

And correct cop(ies) of the attached: __MOTION FOR EXTENTION OF TIME__

_____ upon the following

parties/person (s):

TO: __CLERK OF THE COURT__     TO: _____

__UNITED STATES DISTRICT COURT__   _____

__844 KING STREET LOCKBOX # 18__   _____

__WILMINGTON, DELAWARE   19801__   _____


TO: _____    TO: _____



**BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.**

On this ___4TH___ day of ___NOVEMBER___ ,200_6_

_/s/ Donvan Esdaile_

I/M DONALD EDDRIE
SBI# 506340  UNIT 6
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
08 NOV 2006 PM 3 L

U.S.M.S.
X-RAY

LEGAL MAIL

CLERK OF THE COURT
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
844 KING STREET LOCKBOX #18
WILMINGTON, DE. 19801