# STATE OF DELAWARE
### DEPARTMENT OF JUSTICE



### CARL C. DANBERG
Attorney General

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

November 14, 2006

[New Castle County-Civil Division]

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re:     *Esdaile v. White*
        <u>D. Del., C.A. No. 05-794-JJF</u>

Dear Judge Farnan:

      Please allow this letter to reflect the Defendant's non-opposition to the relief requested in Plaintiff's Motion for Extension of Time to file an answering brief to the Defendant's Motion to Dismiss (D.I. 16).  Thank you.

      Sincerely,

      */s/ Erika Y. Tross*

      Erika Y. Tross
      Deputy Attorney General

cc:     Donovan Esdaile, Plaintiff
EYT/vd