IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONOVAN E. ESDAILE | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-794-JJF |
| CORRECTIONAL OFFICER D. WHITE, | : |
| Defendant. | : |

### O R D E R

WHEREAS, Defendant has filed a Motion to Dismiss (D.I. 13);

WHEREAS, Plaintiff has filed a Motion for Extension of Time to respond to the motion (D.I. 16);

WHEREAS, the Court finds that Plaintiff's request is not unreasonable;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) Plaintiff's Motion for Extension of Time (D.I. 16) is **GRANTED**.

2) Plaintiff shall file an Answering Brief to Plaintiff's Motion to Dismiss no later than **November 30, 2006.**

November 14, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE