IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONOVAN E. ESDAILE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Civil Action No. 05-794-JJF |
| v. | ) |
| | ) Jury Trial Requested |
| | ) |
| CORRECTIONAL OFFICER D. WHITE, | ) |
| | ) |
| Defendant. | ) |

### ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Stacey Xarhoulakos on behalf of State Defendant Correctional Officer David J. White ("Officer White"). This Entry of Appearance shall not be considered a waiver of any jurisdictional defects or defects in service upon Officer White. Officer White specifically reserves the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

*/s/ Stacey Xarhoulakos*
Stacey Xarhoulakos (#4667)
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302)577-8400
stacey.xarhoulakos.state.de.us
Attorney for the Defendant

Dated: February 27, 2007

# **CERTIFICATE OF SERVICE**

I, Stacey Xarhoulakos, hereby certify that on February 27, 2007, I caused a true and correct copy of the attached *Entry of Appearance* to be served on the following individual in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Donovan E. Esdaile
SBI #505340
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**MANNER OF DELIVERY:**

__One true copy by facsimile transmission to each recipient

✓Two true copies by first class mail, postage prepaid, to each recipient

__Two true copies by Federal Express

__Two true copies by hand delivery to each recipient

*/s/ Stacey Xarhoulakos*
Stacey Xarhoulakos (#4667)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
stacey.xarhoulakos@state.de.us
302-577-8400