**JOSEPH R. BIDEN, III**
Attorney General



**DEPARTMENT OF JUSTICE**

| **NEW CASTLE COUNTY**<br>Carvel State Building<br>820 N. French Street<br>Wilmington, DE  19801<br>Criminal Division (302) 577-8500<br>Fax: (302) 577-2496<br>Civil Division (302) 577-8400<br>Fax: (302) 577-6630<br>TTY: (302) 577-5783 | **KENT COUNTY**<br>102 West Water Street<br>Dover, DE 19904<br>Criminal Division (302) 739-4211<br>Fax: (302) 739-6727<br>Civil Division (302) 739-7641<br>Fax: (302) 739-7652<br>TTY: (302) 739-1545 | **SUSSEX COUNTY**<br>114 E. Market Street<br>Georgetown, DE  19947<br>(302) 856-5353<br>Fax: (302) 856-5369<br>TTY: (302) 856-2500 |

**PLEASE REPLY TO:**

New Castle County Civil Division

April 11, 2007

Clerk of Court
U.S. District Court
District of Delaware
844 N. King Street
Wilmington, DE 19801

        Re:    *Esdaile v. White*
                  C.A. No. 05-794 - JJF

Dear Clerk of Court:

      Please allow this letter to serve as my withdrawal as counsel for the Defendant David White in the above-captioned case. Pursuant to Local Rule 83.7, Erika Tross, DAG will remain as the attorney of record for Defendant White. I also request that my name be removed from electronic filing notification.

                                                             Very truly yours,

                                                             /s/ Stacey Xarhoulakos
                                                             Deputy Attorney General

cc:    Donovan Esdaile