AMENDED COMPLAINT

(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) DONOVAN ESDAILE  505340
_____
(Name of Plaintiff)             (Inmate Number)

D.C.C., 1181 PADDOCK RD.
SMYRNA, DE 19977
_____
(Complete Address with zip code)

(2)_____
(Name of Plaintiff)             (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) C.O. D. White, Tanya Smith
_____

(2) CARROLL POWELL
_____

(3) CORPORAL ROBERT HERPEL
_____
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

:
:
:
:
:
:
:
: **1-05-CV-794**
:                 (Case Number)
: ( to be assigned by U.S. District Court)
:
:
:
: **CIVIL COMPLAINT**
:
:
:
: Jury Trial Requested
:
: **FILED**
:
: MAY 14 2007
:
: U.S. DISTRICT COURT
: DISTRICT OF DELAWARE
: 80 scanned

**I.     PREVIOUS LAWSUITS**

A.     If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
including year, as well as the name of the judicial officer to whom it was assigned:

NONE
_____
_____
_____
_____
_____
_____

## II.    EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.    Is there a prisoner grievance procedure available at your present institution?  • X̶X̶es  • • No

B.    Have you fully exhausted your available administrative remedies regarding each of your present claims?  • • X̶X̶  • • No

C.    If your answer to "B" is Yes:

1.   What steps did you take? FILED GRIEVANCE

2.   What was the result? FAILED TO COMPLY

D.    If your answer to "B" is No, explain why not: NONE

## III.    DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: C.O. D. WHITE

Employed as CORRECTIONAL OFFICER at S.C.I.

Mailing address with zip code: GEORGETOWN, DE 19947

(2) Name of second defendant: CORPORAL ROBERT HERPAL

Employed as CORRECTIONAL OFFICER at D.C.C.

Mailing address with zip code: 1181 PADDOCK RD., SMYRNA, DE 19977

(3) Name of third defendant: TANYA SMITH & CARROLL POWELL

Employed as CLERKS at D.C.C.

Mailing address with zip code: 1181 PADDOCK RD. SMYRNA, DE 19977

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1.    THE CLAIMS ARE THE SAME IN ORIGINAL COMPLAINT

2.

3.

V.    RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1.    THE RELIEF IS THE SAME IN ORIGINAL COMPLIANT

2. _____

3. _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___9th___ day of ___MAY___, 2007.

___Donovan, Esdaile___
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

DONOVAN ESDAILE
_____
Plaintiff

V.

D. WHITE
_____
Defendant(s)

## APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER:

I, __DONOVAN ESDAILE_____ declare that I am the (check appropriate box)

• • Petitioner/Plaintiff/Movant    • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.   Are you currently incarcerated?    ⊘ Yes    • • No    (If "No" go to Question 2)

If "YES" state the place of your incarceration __D.C.C.__

**Inmate Identification Number (Required):** __505340__

Are you employed at the institution? __yes__ Do you receive any payment from the institution? __yes__

_Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions_

2.   Are you currently employed?    • • Yes    ⊘ No

a.   If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.  NONE

b.   If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
DELAWARE PARK RACE TRACK

3.   In the past 12 twelve months have you received any money from any of the following sources?

| | | Yes | No |
|---|---|---|---|
| a. | Business, profession or other self-employment | • • Yes | ⊘ No |
| b. | Rent payments, interest or dividends | • • Yes | ⊘ No |
| c. | Pensions, annuities or life insurance payments | • • Yes | ⊘ No |
| d. | Disability or workers compensation payments | • • Yes | ⊘ No |
| e. | Gifts or inheritances | • • Yes | ⊘ No |
| f. | Any other sources | • • Yes | ⊘ No |

If the answer to any of the above is "YES" describe each source of money and state the amount received _AND_ what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 1/05)

4.   Do you have any cash or checking or savings accounts?           • • Yes      

     If "Yes" state the total amount  $____60 ·_____

5.   Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other
     valuable property?
                                                                     • • Yes      

     If "Yes" describe the property and state its value.  $\mathcal{OO}$ .

6.   List the persons who are dependent on you for support, state your relationship to each person and
     indicate how much you contribute to their support, *OR* state *NONE* if applicable.

     I declare under penalty of perjury that the above information is true and correct.

     5 – 9 – 07                          Donovan, Esdaile
     _____                    _____
     DATE                                SIGNATURE OF APPLICANT

**NOTE TO PRISONER:  A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit
stating all assets.  In addition, a prisoner must attach a statement certified by the appropriate institutional
officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts.
If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified
statement of each account.**

LEGAL MAIL

I/M Donovan, Esdaile, Sr.

SBI# 505340 ___ UNIT W-D-4

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

To: Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570



