IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONOVAN E. ESDAILE, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 05-794-JJF |
| | ) Jury Trial Requested |
| C/O DAVID J. WHITE, | ) |
| Defendant. | ) ) |

FILED
JUN 19 2007
RG scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### AMENDED COMPLAINT

Donovan Esdaile, Plaintiff's delay in submitting his amended complaint after 71/2 months is due to defendant officer White's willingness to transfer blame onto the newly named defendants.

Defendant White transferred from Delaware Correctional Center ("DCC") to Sussex Correctional Institute ("SCI") and was not available to be questioned by plaintiff regarding the other parties allegedly responsible for handing the processing of plaintiff's funds.

Plaintiff was left to conduct his own investigation to obtain the names, title and job descriptions of the additional defendant's. As an inmate, plaintiff is a ward of the State, in an inferior position and doesn't have the authority to compel staff to cooperate against other staff. Therefore, plaintiff in exercising due diligence, overcame the numerous obstructions placed in his path by defendant White.

Defendant Herpel was the acting desk officer or building sergeant to whom defendant White was supposed to deliver plaintiff's pay-to slip. The desk officer is responsible for signing the pay-to and ensuring that it is forwarded to the Business/Inmate Accounts office.

Defendant Tanya Smith, an employee in the Business/Inmate Accounts office, was the designated recipient of the pay-to (funds withdrawal request).

Defendant Carroll Powell was the designated recipient of the disbursed check and responsible for forwarding the check to its destination via U.S. Mail.

Dated: 6-17-07

*Donovan Esdaile*
Donovan E. Esdaile
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

## Certificate of Service

I, **Donovan, Esdaile**, hereby certify that I have served a true And correct cop(ies) of the attached: **Amended Complaint** _____ upon the following parties/person (s):

TO: **OFFICE OF THE CLERK UNITED STATES DISTRICT COURT 844 N. KING STREET, LOCKBOX 18 WILMINGTON, DELAWARE 19801-3570**

TO: **STATE OF DELAWARE DEPARTMENT OF JUSTICE STATE OFFICE BUILDING 820 N. FRENCH STREET, WILMINGTON, DELAWARE 19801**

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this **17** day of **June**, 20**07**

_Donovan, Esdaile_

IMDonovan, Esdaile, Sr.
SBI# 505340  UNIT W-D-4
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
18 JUN 2007 PM 2 L

To: OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET, LOCKBOX 18
WILMINGTON, DELAWARE
19801-3570

Legal Mail