IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DONOVAN E. ESDAILE,                    :
                                       :
        Plaintiff,                     :
                                       :
    v.                                 :    Civil Action No. 05-794-JJF
                                       :
CORRECTIONAL OFFICER D. WHITE          :
                                       :
        Defendant.                     :

O R D E R


NOW THEREFORE, for the reasons set forth in the Memorandum Opinion issued this date IT IS HEREBY ORDERED that:

1.   Defendant's Motion To Dismiss (D.I. 13) is **GRANTED**.

2.   Plaintiff's Motion To Amend The Complaint (D.I. 21) is **DENIED**.


July 23, 2007
    DATE                            UNITED STATES DISTRICT JUDGE