# NOTICE OF APPEAL
# TO
# U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of Delaware

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

DISTRICT COURT
DOCKET NUMBER: 05-794-JJF

Donovan E. EsDaile

v.

DISTRICT COURT
JUDGE: Farnan

C/O D. White

Notice is hereby given that __Donovan E. EsDaile__
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [X] Order,

[ ] Other (specify) _____

entered in this action on __July 23, 2007__
(date)

Dated: __08/15/07__

**FILED**
AUG 23 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

_____
(Counsel for Appellant-Signature)

_____
(Name of Counsel - Typed)

_____
(Address)

_____
(City, State Zip)

_____
(Telephone Number)

Erika Y. Trass, Esq.
(Counsel for Appellee)
Department of Justice
(Address)
Wilmington, DE 19801
(City, State Zip)

_____
(Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

# Certificate of Service

I, _Donovan E. EsDaile_ ,hereby certify that I have served a true

And correct cop(ies) of the attached: _Notice of Appeal_

_____ upon the following

parties/person (s):

TO: _Eeika Y. Trass, Esq_          TO: _____

_Department of Justice_

_820 N. French Street_

_Wilmington, DE 19801_


TO: _____          TO: _____




BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _15th_ day of _August_ ,200_7_

                                                 _Donovan Esdaile_
                                                 Donovan E. EsDaile

I/M Donovan, Esdaile
SBI# 505340 UNIT W-D-4
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
22 AUG 2007 PM 1 T

Office of THE Clerk
United States District Court
844 N. King Street, LockBox 18
Wilmington, Delaware
19801-3570

Legal Mail