# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: Donovan Esdaile  SBI#: 505340

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: August 17, 2007

---

Attached are copies of your inmate account statement for the months of February 1, 2007 to July 31, 2007.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Feb | 435.54 |
| March | 437.80 |
| April | 101.72 |
| May | 25.38 |
| June | 13.51 |
| July | 11.58 |

Average daily balances/6 months: 170.92

Attachments
CC: File

*Stacy Shane* 8/17/07

*Jeanette L. Davis* 8/17/07

Date Printed: 8/17/2007

**Individual Statement**
**From February 2007 to July 2007**

Page 1 of 3

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00505340 | Esdaile | Donovan | E | | Beginning Month Balance: | $414.16 |
| Current Location: | W1 | | | Comments: | Ending Month Balance: | $0.06 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 2/1/2007 | $48.05 | $0.00 | $0.00 | $462.21 | 381240 | | PI 12/24/06-1/23/07 | |
| Legal | 2/2/2007 | $0.00 | $0.00 | ($6.76) | $462.21 | 381798 | | JAN 07 | |
| Legal | 2/2/2007 | ($6.76) | $0.00 | $0.00 | $455.45 | 382078 | | JAN 07 | |
| Legal | 2/2/2007 | $0.00 | $0.00 | $0.00 | $455.45 | 382118 | | JAN 07 | |
| Legal | 2/2/2007 | $0.00 | $0.00 | $0.00 | $455.45 | 382151 | | JAN 07 | |
| Canteen | 2/6/2007 | ($8.19) | $0.00 | $0.00 | $447.26 | 383057 | | | |
| Canteen | 2/13/2007 | ($7.89) | $0.00 | $0.00 | $439.37 | 386231 | | | |
| Canteen | 2/21/2007 | ($7.94) | $0.00 | $0.00 | $431.43 | 390671 | | | |
| Pay-To | 2/22/2007 | ($25.00) | $0.00 | $0.00 | $406.43 | 391833 | | | PRISON INDUSTRIE |
| Canteen | 2/28/2007 | ($11.06) | $0.00 | $0.00 | $395.37 | 394090 | | | |
| Misc Wage | 3/1/2007 | $46.99 | $0.00 | $0.00 | $442.36 | 394462 | | PI 1/24-2/23/07 | |
| Legal | 3/6/2007 | $0.00 | $0.00 | ($7.61) | $442.36 | 396972 | | FEB 07 | |
| Legal | 3/9/2007 | ($7.61) | $0.00 | $0.00 | $434.75 | 398648 | | FEB 07 | |
| Medical | 3/14/2007 | $0.00 | ($4.00) | $0.00 | $434.75 | 400540 | | 3/8/07 | |
| Pay-To | 3/15/2007 | ($5.00) | $0.00 | $0.00 | $429.75 | 401195 | | | DONOVAN ESDAILE |
| Medical | 3/16/2007 | ($4.00) | $0.00 | $0.00 | $425.75 | 401469 | | 3/8/07 | |
| Pay-To | 3/19/2007 | $10.00 | $0.00 | $0.00 | $435.75 | 401915 | 13328 | 6 MO VOID 7/20/06 | |
| Pay-To | 3/19/2007 | $10.00 | $0.00 | $0.00 | $445.75 | 401916 | 13329 | 6 MO VOID 7/20/06 | |
| Canteen | 3/21/2007 | ($4.48) | $0.00 | $0.00 | $441.27 | 403179 | | | |
| Canteen | 3/28/2007 | ($6.99) | $0.00 | $0.00 | $434.28 | 406737 | | | |
| Misc Wage | 4/2/2007 | $40.26 | $0.00 | $0.00 | $474.54 | 407935 | | PI 2/24-3/23/06 | |
| Canteen | 4/3/2007 | ($9.79) | $0.00 | $0.00 | $464.75 | 409285 | | | |
| Legal | 4/5/2007 | $0.00 | $0.00 | ($7.40) | $464.75 | 410587 | | MARCH 07 | |
| Pay-To | 4/5/2007 | ($400.00) | $0.00 | $0.00 | $64.75 | 411235 | | | DONOVAN ESDAILE |
| Legal | 4/5/2007 | ($7.40) | $0.00 | $0.00 | $57.35 | 411278 | | MARCH 07 | |
| Canteen | 4/11/2007 | ($7.64) | $0.00 | $0.00 | $49.71 | 413020 | | | |
| Canteen | 4/18/2007 | ($6.96) | $0.00 | $0.00 | $42.75 | 416469 | | | |
| Canteen | 4/25/2007 | ($5.78) | $0.00 | $0.00 | $36.97 | 419800 | | | |
| Misc Wage | 5/1/2007 | $50.32 | $0.00 | $0.00 | $87.29 | 420970 | | PI 3/24-4/24/07 | |
| Legal | 5/1/2007 | $0.00 | $0.00 | ($6.05) | $87.29 | 422799 | | APR 07 | |
| Canteen | 5/2/2007 | ($5.82) | $0.00 | $0.00 | $81.47 | 423214 | | | |

**Individual Statement**
**From February 2007 to July 2007**

| Date Printed: 8/17/2007 | | | | | | | | Page 2 of 3 |
|---|---|---|---|---|---|---|---|---|
| SBI | Last Name | First Name | MI | Suffix | | | | |
| 00505340 | Esdaile | Donovan | E | | | Beginning Month Balance: | | $414.16 |
| Current Location: | W1 | | Comments: | | | Ending Month Balance: | | $0.06 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Pay-To | 5/3/2007 | ($35.00) | $0.00 | $0.00 | $46.47 | 423878 | | DONOVAN ESDAILE | |
| Legal | 5/4/2007 | ($6.05) | $0.00 | $0.00 | $40.42 | 424645 | | APR 07 | |
| Canteen | 5/9/2007 | ($5.11) | $0.00 | $0.00 | $35.31 | 426274 | | | |
| Pay-To | 5/16/2007 | ($20.00) | $0.00 | $0.00 | $15.31 | 429399 | | DONOVAN ESDAILE | |
| Canteen | 5/23/2007 | ($13.19) | $0.00 | $0.00 | $2.12 | 431983 | | | |
| Canteen | 5/30/2007 | ($1.94) | $0.00 | $0.00 | $0.18 | 434430 | | | |
| Misc Wage | 6/1/2007 | $55.53 | $0.00 | $0.00 | $55.71 | 435740 | | PI 4/24-5/23/07 | |
| Canteen | 6/6/2007 | ($8.58) | $0.00 | $0.00 | $47.13 | 439629 | | | |
| Pay-To | 6/6/2007 | ($30.00) | $0.00 | $0.00 | $17.13 | 439794 | | DONOVAN ESDAILE | |
| Legal | 6/8/2007 | $0.00 | $0.00 | ($8.06) | $17.13 | 440893 | | 6/07 | |
| Legal | 6/8/2007 | ($8.06) | $0.00 | $0.00 | $9.07 | 440924 | | 6/07 | |
| Canteen | 6/13/2007 | ($4.74) | $0.00 | $0.00 | $4.33 | 442202 | | | |
| Canteen | 6/20/2007 | ($2.03) | $0.00 | $0.00 | $2.30 | 445346 | | | |
| Canteen | 6/27/2007 | ($2.14) | $0.00 | $0.00 | $0.16 | 448677 | | | |
| Misc Wage | 7/2/2007 | $48.61 | $0.00 | $0.00 | $48.77 | 450048 | | PI 5/24-6/23/07 | |
| Legal | 7/3/2007 | $0.00 | $0.00 | ($9.11) | $48.77 | 450884 | | US DISTRICT COURT | |
| Canteen | 7/5/2007 | ($18.86) | $0.00 | $0.00 | $29.91 | 452048 | | | |
| Pay-To | 7/15/2007 | ($5.00) | $0.00 | $0.00 | $24.91 | 452768 | | DONTAE ESDAILE | |
| Pay-To | 7/15/2007 | ($5.00) | $0.00 | $0.00 | $19.91 | 452769 | | DONIEL ESDAILE | |
| Legal | 7/12/2007 | ($9.11) | $0.00 | $0.00 | $10.80 | 455957 | | US DISTRICT COURT | |
| Medical | 7/13/2007 | $0.00 | ($4.00) | $0.00 | $10.80 | 456070 | | 7/11/07 | |
| Medical | 7/13/2007 | ($4.00) | $0.00 | $0.00 | $6.80 | 456344 | | 7/11/07 | |
| Canteen | 7/18/2007 | ($2.80) | $0.00 | $0.00 | $4.00 | 458068 | | | |
| Canteen | 7/25/2007 | ($3.94) | $0.00 | $0.00 | $0.06 | 461623 | | | |

Date Printed: 8/17/2007

## Individual Statement
### From February 2007 to July 2007

Page 3 of 3

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00505340 | Esdaile | Donovan | E | | Beginning Month Balance: | $414.16 |
| Current Location: | W1 | | | | Ending Month Balance: | $0.06 |

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|

Ending Month Balance: $0.06

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: $0.00