OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

November 6, 2007

TO: Delaware Correctional Center
    ATTN: Business Office - Tammy Crawford
    P.O. Box 500
    Smyrna, DE 19977

RE: Return of Check #22560 to DCC

Enclosed check in the amount of $46.21 would result in an overpayment of filing fees and is therefore returned without action.

Inmate **Donovan Esdaile, SBI #505340**, was assessed the filing fee of $250.00 in November 2005, re: **CA 05-794 JJF**. To date he has paid partial filing fees **totaling $206.72, with a remaining balance of $43.28.** A copy of our Financial ledger is enclosed for your reference.

Please contact me directly if you have a question, at 302-573-6158.

Sincerely,

/rbe

BY: /s/ Ronald B. Eberhard
Intake Supervisor

PETER T. DALLEO
CLERK

Attachment - ck 22560
cc: Financial Administrator
    Alpha File

DONOVAN ESDAILE V. DE CORR CTR BUSINESS OFF

CA 05-794-JJF
CASE #1

| DATE | FUND | RECEIPT | AMOUNT | BALANCE |
|---|---|---|---|---|
| 11/28/2005 | | | | 250 |
| 12/14/2005 | 5100PL | 141529 | 12 | 238 |
| 1/20/2006 | 5100PL | 141960 | 12 | 226 |
| 1/20/2006 | 5100PL | 141992 | 11.59 | 214.41 |
| 2/17/2006 | 5100PL | 142407 | 6.18 | 208.23 |
| 3/16/2006 | 5100PL | 142763 | 3.35 | 204.88 |
| 5/4/2006 | 5100PL | 143326 | 4.09 | 200.79 |
| 5/18/2006 | 5100PL | 143522 | 9.3 | 191.49 |
| 6/16/2006 | 5100PL | 143825 | 11.33 | 180.16 |
| 7/27/2006 | 5100PL | 144200 | 7.54 | 172.62 |
| 8/15/2006 | 5100PL | 144418 | 17.43 | 155.19 |
| 9/15/2006 | 5100PL | 144747 | 16.84 | 138.35 |
| 10/25/2006 | 5100PL | 145177 | 7.18 | 131.17 |
| 1/23/2007 | 5100PL | 146165 | 17.62 | 113.55 |
| 2/8/2007 | 5100PL | 146384 | 6.76 | 106.79 |
| 3/13/2007 | 5100PL | 146819 | 7.61 | 99.18 |
| 4/9/2007 | 5100PL | 147152 | 7.4 | 91.78 |
| 5/8/2007 | 5100PL | 147476 | 6.05 | 85.73 |
| 6/14/2007 | 5100PL | 147880 | 8.06 | 77.67 |
| 7/16/2007 | 5100PL | 148201 | 9.11 | 68.56 |
| 8/8/2007 | 5100PL | 148462 | 7.72 | 60.84 |
| 9/12/2007 | 5100PL | 148847 | 0.84 | 60 |
| 9/12/2007 | 0869PL | 148847 | 6.9 | 53.1 |
| 10/12/2007 | 0869PL | 149198 | 9.82 | 43.28 |

