**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

<u>No. 07-3563</u>

Esdaile

vs.

Delaware Corr Ctr, et al.

Donovan E. Esdaile #505340, Appellant

(Delaware District Civil No. 05-cv-00794)

**O R D E R**

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

It is O R D E R E D that the above-entitled case is hereby dismissed for failure to timely prosecute,

It is FURTHER O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

For the Court,

Clerk

A True Copy:

Marcia M. Waldron, Clerk

Date: November 29, 2007
cc:
    Mr. Donovan E. Esdaile
    Erika Y. Tross, Esq.