IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DONOVAN E. ESDAILE,                :
                                   :
        Plaintiff,                 :
                                   :
    v.                             : Civil Action No. 05-794-JJF
                                   :
CORRECTIONAL OFFICER D. WHITE,     :
                                   :
        Defendant.                 :

### O R D E R

WHEREAS, on August 23, 2007, Plaintiff filed a Notice of Appeal and a Motion For Leave To Appeal In Forma Pauperis (D.I. 26, 27);

WHEREAS, on November 29, 2007, the appeal was dismissed for failure to timely prosecute (D.I. 30);

THEREFORE, at Wilmington this 21 day of February, 2008, IT IS HEREBY ORDERED that the Motion For Leave To Appeal In Forma Pauperis (D.I. 27) is **DENIED** as **moot**.

                                   /s/ Joseph Farnan
                                   UNITED STATES DISTRICT JUDGE